UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

No. 12-20683
Honorable Robert H. Cleland
Magistrate Judge Laurie J. Michelson

vs

DAVID CROSSMAN

          Defendant.

_____/

## ORDER

At a session of said Court held in the
U. S. District Court, County of Wayne
on _____MAY 2 2013_____

PRESENT: HONORABLE: _____ROBERT H. CLELA___
UNITED STATES DISTRICT COURT JUDGE


**IT IS HEREBY ORDERED** that Patricia Carroll, paralegal for the law firm of

Raymond R. Burkett, Burkett & Associates, attorney for defendant in the above cause,

has permission to have professional visits with the Defendant, David Crossman; and to

also obtain information and/or exchange information from the Defendant concerning his

case.  Defendant is currently incarcerated in the Milan Correctional Facility.

       **IT IS FURTHER ORDERED** that this Order is in effect until closure of the above-

referenced cause.

MAY 2 3 2013

_____
UNITED STATES DISTRICT COURT JUDGE