# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    Case No. 12-20683

DAVID CROSSMAN,

    Defendant.
                                                          /

## NOTICE OF HEARING

    You are hereby notified to appear before District Judge Robert H. Cleland at the United States District Court, 526 Water Street, Port Huron, Michigan 48060

    Pursuant to this court's Opinion and Order Denying In Part Motion to Vacate Sentence and Scheduling Evidentiary Hearing filed March 30, 2017, (Dkt. # 48), Claim 4 of Defendant's Motion to Vacate Sentence Under 28 U.S.C. § 2255 (Dkt. # 32) is scheduled for hearing:

- EVIDENTIARY HEARING: May 16, 2017 at 1:30 p.m.

    The court understands that the conditions of Defendant's supervised release may constrain his ability to travel. The court leaves to Defendant the choice of whether, how, and (in some measure) when to proceed. The court will not unilaterally impose a delay, but will entertain a motion should it be presented.

                                                            s/Robert H. Cleland            /
                                                            ROBERT H. CLELAND
                                                            UNITED STATES DISTRICT JUDGE

Dated: March 31, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 31, 2017, by electronic and/or ordinary mail.

                                                            s/Lisa Wagner                /
                                                            Case Manager and Deputy Clerk
                                                           (313) 234-5522